UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GILBERTO DIAZ<br><br>Plaintiff,<br><br>v.<br><br>DUNYA FOOD, INC.<br><br>Defendant. | Case No.: |

## - COMPLAINT AND DEMAND FOR JURY TRIAL -

Plaintiff GILBERTO DIAZ by and through the undersigned counsel, hereby files this Complaint against the above-named Defendant, DUNYA FOOD, INC.

## NATURE OF THE CASE

1. This is an action brought by Plaintiff GILBERTO DIAZ, (hereafter "Plaintiff") against his former employer, Defendant DUNYA FOOD, INC. (hereafter referred to as "Defendant") for violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq.* ("FLSA").

2. During the term of Plaintiff's employment, Plaintiff performed work for Defendant in excess of forty hours in a workweek for which he was not compensated at one-and-a-half times his regular rate of pay.

3. Defendant had a practice paying Plaintiff's overtime hours at regular rate. Consequently, Defendant was not fully compensating overtime hours as required by the FLSA.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction conferred by 29 U.S.C. § 216(b) and 28 U.S.C. § 1331.

5. Venue is proper in the Tampa Division of the Middle District of Florida pursuant Local Rule 1.02 of the Local Rules of the Middle District of Florida. Hillsborough County has the greatest nexus with the cause because it where Plaintiff provided services and Defendant conducted business.

## PARTIES

6. Plaintiff GILBERTO DIAZ, a resident of Hillsborough County, was a former employee of Defendant who worked at Dunya Food, located in Hillsborough County.

7. Defendant DUNYA FOOD, INC. operates one or more supermarkets, including a supermarket in Tampa, Florida.

8. Defendant DUNYA FOOD, INC. is a corporation organized and existing under and by virtue of the laws of Florida.

## COVERAGE

9. Defendant DUNYA FOOD, INC. is an enterprise engaged in commerce or in the production of goods for commerce, covered by the FLSA, and as defined by 29 U.S.C. § 203.

10. Defendant DUNYA FOOD, INC. is engaged in the supermarket industry, and was thus engaged in interstate commerce, inter alia, by working on or otherwise handling goods moving in interstate commerce, and purchasing food and supplies manufactured outside the state of Florida, which cross state lines in the flow of commerce. Defendant sells food and supplies in the stream of commerce and accept payment from customers through credit cards and checks from banks located outside the state of Florida. Defendant also sends faxes, emails, and/or other communications across state lines.

11. Upon information and belief, Defendant's annual gross volume of sales exceeded $500,000/year at all relevant times.

12. Defendant DUNYA FOOD, INC. is an employer within the definition of the FLSA, 29 U.S.C. § 203.

13. During the term of his employment, Plaintiff GILBERTO DIAZ was engaged in commerce and was therefore subject to the individual coverage of the FLSA. 29 U.S.C. § 206.

14. The services performed by Plaintiff were essential, necessary, and an integral part of the business conducted by Defendant.

15. Plaintiff was a covered employee for purposes of the FLSA pursuant to 29 U.S.C. § § 207 and 206.

## FACTUAL BACKGROUND

16. Plaintiff GILBERTO DIAZ was employed by Defendant DUNYA FOOD, INC. from November 2017 to November 2019.

17. Plaintiff held a butcher position at the time of separation.

18. Plaintiff's duties included cutting meats, cleaning, and helping customers.

19. Plaintiff was paid $500 in cash, weekly, but given a stub that showed a "salary" of $515.00 a week.

20. Plaintiff's last hourly rate was $9.00 per hour.

21. During his employment with Defendant, Plaintiff was non-exempt.

22. Plaintiff did not satisfy any of the requirements for overtime exemptions set forth in the FLSA.

23. Plaintiff worked more than forty (40) hours in a workweek and was not compensated at the statutory rate of one and one-half times his regular rate of pay.

24. Plaintiff GILBERTO DIAZ worked an average of 55 hours a week but was not paid overtime compensation.

25. Defendant DUNYA FOOD, INC. was aware that Plaintiff was working over forty (40) hours per week without proper compensation but did not cure the ongoing FLSA violations.

26. Defendant's actions were willful and/or showed reckless disregard as to whether its conduct was prohibited by the FLSA.

27. Plaintiff's time and payroll records (including the hours worked in each workweek) should be in Defendant's custody and control, pursuant to 29 C.F.R. § 516. However, the accuracy, completeness, and sufficiency of such records is unknown at this time.

## COUNT I
## RECOVERY OF OVERTIME COMPENSATION UNDER THE FLSA

28. Plaintiff GILBERTO DIAZ re-alleges and incorporates the allegations contained in Paragraphs 1 through 27 above.

29. Defendant DUNYA FOOD, INC. failed to pay Plaintiff properly for all hours worked in excess of forty (40) hours in a workweek in compliance with the FLSA.

30. Plaintiff is entitled to be paid time and one-half his regular rate of pay for each hour worked in excess of forty (40) in a workweek.

31. As a result of Defendant's willful violation of the FLSA, Plaintiff GILBERTO DIAZ is entitled to damages, liquidated damages, pre-judgment interest, attorney's fees, and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff GILBERTO DIAZ respectfully requests judgment against Defendant DUNYA FOOD, INC., and the following damages:

a. Unpaid overtime compensation pursuant to 29 U.S.C. § 216(b);

b. Liquidated damages in an amount equal to the overtime compensation owed in accordance with 29 U.S.C. § 216(b);

c. Pre-judgment interest;

    d. Attorneys' fees and costs as provided by 29 U.S.C. § 216(b);

    e. Such further relief as the Court deems just and appropriate.

## DEMAND FOR JURY TRIAL

32. Plaintiff requests a jury trial to the extent authorized by law.

Dated: May 25, 2020　　　　　　　　　　Respectfully submitted,

**CYNTHIA GONZALEZ P.A.**
3980 Tampa Rd.
Suite 205
Oldsmar, Florida 33677
Telephone: 813.333.1322
Toll free: 888.WagesDue
Fax: 813.603.4500
 WagesDue.com

<u>s/ Cynthia Gonzalez</u>
Cynthia M. Gonzalez
Florida Bar No. 53052
Attorney for Plaintiff
cynthia@wagesdue.com